**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00127-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONTRELL VINCENT WATSON,

        Defendant.

---

**ORDER**

---

    This matter comes to the attention of the Court upon report of the probation officer and in view of the defendant's current inmate status and in the interest of judicial economy, it is

    **ORDERED** that the supervised release petition filed on January 4, 2007, be dismissed and the warrant be quashed. It is

    **FURTHER ORDERED** that the term of supervised release originally set to expire on February 23, 2009, is hereby discharged.

    **DATED** at Denver, Colorado, this 14th day of May, 2008.

                BY THE COURT:


                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                United States District Judge